# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY SHARP, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF EL MONTE, EL MONTE POLICE DEPARTMENT, CITY OF LOS ANGELES, COUNTY OF LOS ANGELES, DETECTIVE J. ANASTASIA, DETECTIVE RAY LARRIVA, and DOES 1 to 10, inclusive,<br><br>Defendants. | 2:16-cv-02097 AB(KSx)<br>*[Assigned to the Hon. Andre Birotte, Jr., Courtroom 7B]*<br><br>**[~~PROPOSED~~] JUDGMENT ON ORDER GRANTING DEFENDANT JOSEPH ANASTASIA'S MOTION FOR SUMMARY JUDGMENT**<br><br>**Complaint Filed: 3/28/16**<br><br>**Trial Date: 10/17/17** |

The Motion for Summary Judgment filed by Defendant Joseph Anastasia pursuant to Federal Rule of Civil Procedure 56(c) against Plaintiff Timothy Sharp was taken under submission by the Honorable Andre Birotte, Jr., United States District Court Judge.

Upon the evidence being submitted and fully considered and a decision having being duly rendered, the following ORDERS were made in chambers on September 1, 2017:

19999

**Collins Collins Muir + Stewart LLP**
1100 El Centro Street
So. Pasadena, CA 91030
Phone (626) 243-1100
Fax (626) 243-1111

**IT IS ORDERED AND ADJUDGED** that Defendant Joseph Anastasia's Motion for Summary Judgment is **GRANTED.** (Doc. 84). As such, all causes of action asserted by Plaintiff against Defendant Joseph Anastasia are dismissed with prejudice and as the prevailing party, Defendant Joseph Anastasia is entitled to all reasonable costs incurred to defend this action pursuant to Federal Rules of Civil Procedure 54(d) and Local Rule 54.

DATED: October 05, 2017

_____
Hon. André Birotte Jr.
United States District Court Judge

Collins Collins Muir + Stewart LLP
1100 El Centro Street
So. Pasadena, CA 91030
Phone (626) 243-1100
Fax (626) 243-1111

19999

2

**JUDGMENT GRANTING ANASTASIA'S MSJ**