JS-6

Note changes made
by the Court

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY SHARP, an individual | No. 2:16-cv-02097 WDK (KSx) |
| Plaintiff, | Hon. William D. Keller |
| vs. | **JUDGMENT ON THE VERDICT FOR THE PLAINTIFF** |
| CITY OF EL MONTE, EL MONTE POLICE DEPARTMENT, CITY OF LOS ANGELES, COUNTY OF LOS ANGELES, DETECTIVE J. ANASTASIA, DETECTIVE RAY LARRIVA, and DOES 1 to 10, inclusive, | |
| Defendants. | |

This action came on for jury trial, the Honorable William D. Keller, District Judge, presiding, and the issues having been duly tried and the jury having duly rendered its verdict,

IT IS ORDERED AND ADJUDGED that the plaintiff Timothy Sharp recover of the defendant Ray Larriva the sum of $142,500.00.

DATED: February 24, 2020

Hon. William D. Keller
U.S. District Court Judge

1

JUDGMENT ON THE VERDICT FOR THE PLAINTIFF

## LOCAL RULE 58-7 MEMORANDUM

Pursuant to 28 U.S.C. § 1961, interest shall be calculated from the date of the entry of judgment, at a rate equal to the weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week preceding the date of the judgment and that interest shall be computed daily to the date of payment. That rate of interest beginning February 13, 2020 is 1.48%.

JUDGMENT ON THE VERDICT FOR THE PLAINTIFF